B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Michigan | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bing Construction Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>AKA Bing Custom Homes | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>38-1651805 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>2930 South Telegraph Road<br>Bloomfield Hills, MI<br>ZIP Code 48302-1058 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>Oakland | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Bing Construction Company |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)         (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

Bing Construction Company

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Michael E. Baum
Signature of Attorney for Debtor(s)

Michael E. Baum (P29446)
Printed Name of Attorney for Debtor(s)

Schafer and Weiner, PLLC
Firm Name

40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304

_____
Address

Email: mbaum@schaferandweiner.com
(248) 540-3340
Telephone Number

June 28, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Ralph Binggeser
Signature of Authorized Individual

Ralph Binggeser
Printed Name of Authorized Individual

Authorized Person
Title of Authorized Individual

June 28, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court

## Eastern District of Michigan

In re    Bing Construction Company                      ,

                                          Debtor

Case No. _____

Chapter _____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
| --- | --- | --- | --- |
| Mark Miller<br>2930 S. Telegraph Rd.<br>Bloomfield Hills, MI 48302 | | | |
| Otto E. Binggeser Revocable Trust<br>2930 S. Telegraph Rd.<br>Bloomfield Hills, MI 48302 | | | |
| R. Susen Miller<br>2930 S. Telegraph Rd.<br>Bloomfield Hills, MI 48302 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Authorized Person of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____ June 28, 2011 _____        Signature _/s/ Ralph Binggeser_____

                                                      Ralph Binggeser<br>                                                      Authorized Person

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Bing Construction Company                          Case No. _____

                                              Debtor(s)      Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Person of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    June 28, 2011 _____      /s/ Ralph Binggeser _____

                                           Ralph Binggeser/Authorized Person

                                           Signer/Title

248 Designs
2000 Ewinner Street
Commerce Twp., MI 48382


A & R Masonry
1227 E. Walton Blvd
Pontiac, MI 48340


A & S Laminations
Tim Arant
238 S. Telegraph Rd.
Pontiac, MI 48341


A R Decker & Associates, Inc
906 E. Long Lake Rd.
Troy, MI 48098-4876


A-Tub Pro
PO Box 214863
Auburn Hills, MI 48321


AAA Carpet


ABF Construction
509 S. Lemen
Fenton, MI 48430


Able Concrete Raising
45520 Deshon
Utica, MI 48317


Abraham Window Cleaning
33691 W. Eight Mile Rd.
Livonia, MI 48152


Absolute Analytical Inc
1030-D North Crooks Rd.
Clawson, MI 48017


Acorn Kitchen & Bath
111 S. Telegraph
Pontiac, MI 48341

ADG Associates
Allan Djordjevic


Advanced Builders
Jim Freer
8645 Hall Rd.
Utica, MI 48317


Affordable Dry Basement Co.
18779 Susanna Drive
Livonia, MI 48152-3972


Al Palazzolo
3742 Baldwin Court
Shelby Twp., MI 48315


Aladdin Enterprises, LLC
Kathy Harrison
7077 Rolling Hills Drive
Waterford, MI 48327


All Seasons Spas & Fireplaces
35400 Plymouth Rd.
Livonia, MI 48150


Allgood Construction
Thaddeus Finley
22350 Samuel
Taylor, MI 48180


Allied Gutter Co.
28345 Goddard Rd.
Romulus, MI 48174


Alloy Gutter Inc.
13400 Huron
Taylor, MI 48189


Ambit Land Surveyors
691 Wing Street
Plymouth, MI 48170


American Clean Right Inc.
1957 Hoeft Drive
Walled Lake, MI 48390

American Glass Tinting
35 Hunter Creek W.
Lapeer, MI 48446


AMERICAN HERITAGE WOOD
24288 INDOPLEX CIRCLE
FARMINGTON HILLS, MI 48335


American Trenching, Inc.
6450 Sims
Sterling Heights, MI 48313


AMERIGAS
4000 LEAH DR.
FLAT ROCK, MI 48134-6029


Amerigas
6654 Cotter Ave
Sterling Heights, MI 48314-2150


Amica Marmi & Granite
500 Friendly Rd.
Bloomfield Twp., MI 48341


Amit Singhi
30239 Essex Drive
Farmington, MI 48331


Ammar & Anita Sabri
5121 Parkgate Dr.
Commerce Township, MI 48382


Andrew Bargowski


Andrew Gierak Carpentry
Andrew Gierak
5200 Secord Lake Rd.
Leonard, MI 48367


Andy and Karen Coden
6655 Carlyle Ct.
West Bloomfield, MI 48322

Andy's Statewide Heating & Cooling
Mark Johnson
4828 Joslyn Rd.
Orion, MI 48359


Anstandig Electric Inc.
Steven Anstandig
1098 Rig Street
Walled Lake, MI 48390


ANTCLIFF WINDOWS AND DOORS
2417 E. JUDD ROAD
BURTON, MI 48529


AP Home Services
Paul Burke
2605-B Oakley Park Rd.
Walled Lake, MI 48390


API ARCHITECTURAL PRODUCTS, INC
31302 STEPHENSON HWY
SUITE A
MADISON HEIGHTS, MI 48071


APOLLO
ATTN: CUSTOMER SERVICE
188 N. STATE RD 267
SUITE 10
AVON, IN 46123


Apple Creek Landscaping
PO Box 586
Oxford, MI 48371


AQUAMARINE FIBERGLASS POOLS
3365 W. HIGHLAND ROAD
MILFORD, MI 48380


ARLINGTON MASONRY SUPPLY, INC.
7500 23 MILE ROAD
SHELBY TWP, MI 48316


ARMSTRONG MILLWORKS
3039 W. HIGHLAND RD.
HIGHLAND, MI 48357

ASA BUILDERS SUPPLY CO.
2040 EASY STREET
WALLED LAKE, MI 48390


ASTRO BUILDING PRODUCTS
1050 LAWSON DRIVE
HOWELL, MI 48843


AT&T
P.O. Box 5017
Carol Stream, IL 60197


AUBURN SUPPLY CO., INC.
6386 AUBURN ROAD
UTICA, MI 48317-5202


AUTHORIZED FACTORY SERVICE
1295 OPDYKE
AUBURN HILLS, MI 48326


AUTOMATED BUILDING COMPONENTS
2359 GRANT ROAD
NORTH BALTIMORE, MI 45872


AVITA CARPET, INC.
28546 FORD RD.
GARDEN CITY, MI 48135


Avon Mirror & Distributing Co.
1101 Allen
Troy, MI 48083


B Young Tree LLC
PO Box 10
Highland, MI 48357


Bank of America
f/k/a Standard Federal Bank
2600 W. Big Beaver Rd.
Troy, MI 48084


Baruzzini Marble & Tile
27719 Perth
Livonia, MI 48154

BEACH WHOLESALE HARDWARE
24588 NOTTINGHAM DR.
NOVI, MI 48374

Beardslee Sand & Gravel
Steve Sawyer
10191 Davisburg Rd.
Davisburg, MI 48350

Beautiful Homes Construction
220 Englewood  Ste F
Lake Orion, MI 48360

Bedient Construction Inc.
Mark Bedient
2573 Leach
Rochester Hills, MI 48309

Behler-Young Co.
30158 Research Dr.
New Hudson, MI 48165

BELLA CASA

Berger, Ghersi and LaDuke, PLC
43940 Woodward Ave.
Bloomfield Hills, MI 48302

Bill's Finish Carpentry
Bill Tremblay
24425 Broadview
Farmington Hills, MI 48334

Bloomfield Cleaning Service
Patricia Oakley
2173 Helmsford Drive
Walled Lake, MI 48390

Bloomfield Township Water & Sewer
4200 Telegraph Rd.
Bloomfield Hills, MI 48303

Blue Star Inc.
23894 Amber
Warren, MI 48089


Bob Turner Inc.
Bob Turner
1149 Rhodes Rd.
Lake Orion, MI 48360


BRADSTONE
P.O. BOX 1060
STOUFFVILLE, ONTARIO  L4A 8A1
CANADA


Braun Construction Inc.
Jerry Braun
15050 Reid Road
Romeo, MI 48065


BRECKENWOOD MILLWORKS
7848 BOARDWALK
BRIGHTON, MI 48116


Brian and Bonita Matti
395 Woodhaven
Walled Lake, MI 48390


Brian Mihacsi
866 Ramsgate Lane
Oxford, MI 48371-1425


Brick Paving Designs
43382 North Ave.
Clinton Twp., MI 48036


Brighton Window & Door Co.
10547 E. Grand River  #D
Brighton, MI 48116


Bud Construction Inc.
10755 S. Saginaw St.  Ste B
Grand Blanc, MI 48439

Bud Design & Engineering
10755 S. Saginaw St. Ste. B
Grand Blanc, MI 48439


BUILDERS PLUMBING & HEATING SUPPLY CO.
2464 S. INDUSTRIAL HWY
ANN ARBOR, MI 48104


C & M SAND & GRAVEL, INC.
29715 COSTELLO DR.
P.O. BOX 361
NEW HUDSON, MI 48165


C. F. LONG & SONS, INC.
P.O. BOX 837
WALLED LAKE, MI 48390-0837


CADILLAC BRICK COMPANY
2645 ORCHARD LAKE
SYLVAN LAKE, MI 48320


Calculus Construction
28830 W. Eight Mile Rd.
Farmington Hills, MI 48336


Camelot Carpet Cleaning
825 Woodward Ave
Pontiac, MI 48341


Canac Cabinetry
Aleise/Myra/Christine
30 N. Main
Clawson, MI 48017


Cape Stone Builders Inc.
5367 Parview Dr.
Clarkston, MI 48346


Capital Construction Co.
343 Daubony Dr.
Brighton, MI 48114

Capital Siding
Jack Lansing
343 Daubony
Brighton, MI 48114


CAPITAL STONEWORKS
6128 DIXIE HWY.
BRIDGEPORT, MI 48722


Capital Stoneworks
6120 Dixie Hwy.
Bridgeport, MI 48722


Carlo Tile & Marble
24690 Telegraph Rd.
Southfield, MI 48034


Carpets Etcetera
Brian Michael Iannacone
987 Hidden Creek Drive
South Lyon, MI 48178


Carrera Landscaping
PO Box 210010
Auburn Hills, MI 48321


Cascade Waterproofing Inc.
11465 North Main Street
Whitmore Lake, MI 48189


Cass Construction Inc.
Keith Lynch
2532 Cass
Dearborn, MI 48124-2637


CENTURY MAINTENANCE SUPPLY
P.O. BOX 842434
DALLAS, TX 75284


Cerrito Construction
Sam Cerrito
3249 Harbours Blvd.
Waterford, MI 48328

Chapman Homes
PO Box 675
Oxford, MI 48371


Charles M. Sibert, Esq.
444 W. University Dr.
Rochester, MI 48307


Charter Township of Bloomfield
4200 Telegraph
Bloomfield Hills, MI 48303


Charter Township of Commerce
2840 Fisher Ave
Commerce, MI 48390


Charter Township of West Bloomfield
4550 Walnut Lake Rd.
PO Box 250130
West Bloomfield, MI 48325-0130


Charter Township of West Bloomfield
P.O. Box 671922
Detroit, MI 48267-1922


Chet's Rent All
2616 Crooks Rd.
Rochester Hills, MI 48309


Chirco Floors Inc.
13254 West Star Dr.
Shelby Twp., MI 48315


Chris Harden Lawn & Snow
5379 Nicole
White Lake, MI 48383


Chris Sinacori Landscaping
54001 Van Dyke
Shelby Twp., MI 48316


Chris Vance
16261 Steel Street
Detroit, MI 48235

Christian and Jonathan Harucki
23778 Hazelwood Dr.
Hazel Park, MI 48030


Citizens Bank
f/k/a Republic Bank
40700 Woodward Ave., Ste. B
Bloomfield Hills, MI 48304


Citizens Bank
328 S. Saginaw St.
Flint, MI 48502


City of Orchard Lake


City of Rochester
400 6th Street
Rochester, MI 48307


City of Rochester Hills
1000 Rochester Hills Drive
Rochester, MI 48308


City of Rochester Treasurer
400 6th Street
Rochester, MI 48307-1483


City of Troy


City Wide Masonry Co.
Mike Wessel
81181 Belle River Rd.
Memphis, MI 48041


Clark & Sons Inc.
PO Box 61-1336
Port Huron, MI 48061-1336


Classic Marble Restoratio
Frank Schodowski
32 South Squirrel Road
Auburn Hills, MI 48326

Clear Vision
Timothy Bersche
517 W. Iroquois
Pontiac, MI 48341


Clever Closets Inc.
1708 Foresthill Drive
Rochester Hills, MI 48306


CLOSETS & CABINETS


Closets & Cabinets Company
42708 Mound Rd.
Sterling Heights, MI 48314


COLONIAL BRICK CO.
12844 GREENFIELD
DETROIT, MI 48227


Colortec Painting Corp
2463 Harrow Way
Shelby Township, MI 48316


Comcast Cable
P.O. Box 3005
Southeastern, PA 19398-3005


Concrete  Cutting & Break
PO Box 3294
Grand Rapids, MI 49501


CONSTRUCTION SUPPLY, INC.
1500 ALLOY PARKWAY
P.O. BOX 668
HIGHLAND, MI 48357


Consumers Energy Damage Claims
PO Box 369
Royal Oak, MI 48068


Consumers Power Company
1030 Featherstone Rd.
Pontiac, MI 48342-1830

Continental Integrated Systems
29321 Garrison Drive
Wixom, MI 48393


CONTRACTORS PIPE & SUPPLY CORP.
24895 N. INDUSTRIAL
FARMINGTON HILLS, MI 48335


COUNTRY BUILDING SUPPLY
43755 GRAND RIVER AVE.
NOVI, MI 48376-0467


COUNTRY SQUIRE
209 W. GRAND RIVER
HOWELL, MI 48843


Coventry Carpet
3894 Coventry Valley Drive
Waterford, MI 48329


Coy Construction Co.
4214 Martin Rd.
Walled Lake, MI 48390


Cregger Services, Inc.
2305 Goodrich St.
Ferndale, MI 48220


Critter Control
PO Box 2477
Farmington Hills, MI 48333


Cross Enterprises, Inc.
Pete Rinehart
4321 Oakwood Blvd.
Melvindale, MI 48122


CTS Foundations Inc.
995 Ladd Road
Walled Lake, MI 48390


Curb Appeal Inc.
1527 Georgetown
Bloomfield Hills, MI 48304

Custom Drywall Inc.
Dennis Klein
11179 Hall Rd.
Utica, MI 48317


D & C SUPPLY
P.O. BOX 644054
PITTSBURGH, PA 15264-4054


D COR STATUETTE, INC.
43756 MOUND RD.
STERLING HEIGHTS, MI 48314


D.H. Santavicca, P.E.
Dan Santavicca
43251 Pointe Dr.
Clinton Twp., MI 48038


D.R. Nelson & Associates
PO Box 403
Lake Orion, MI 48361


Dane Enterprises, Inc.
5654 Hollow Corners
Dryden, MI 48428


Daniel White
1750 Maple
Milford, MI 48381


Danny's Sewer Cleaning
2562 S. Adams
Auburn Hills, MI 48326


Darlene and Anthony Maroughi
4948 West Pond Circle
West Bloomfield, MI 48322


Darte Construction Inc.
4351 Sherwood Rd.
Ortonville, MI 48462

David & Cheryl Milstein
c/o Gordon S. Gold, Esq.
Seyburn, Kahn, Ginn, Bess & Serlin. PC
2000 Town Center, Ste. 1500
Southfield, MI 48075-1195


David Kaner
2528 Trillium Hills Dr.
White Lake, MI 48383


DAVIS OUTDOOR SERVICES


Deco-Crete Resurfacing
14204 Industrial Center Dr.
Shelby Twp., MI 48315


DeCora Glass & Shelf
27406 Grant
Saint Clair Shores, MI 48081


Decrascape, Inc.
Matthew Caruso
40110 Mound Rd.
Sterling Heights, MI 48310


Definitive Design
Bruce Turbu
777 Wilwood
Rochester Hills, MI 48309


Del A. Szura, Esq.
Del A. Szura, PLC
18232 Mack Ave.
Grosse Pointe Farms, MI 48236


Delta Trim & Design
3208 Adventure Lane
Oxford, MI 48371


Delta Trim & Design Inc.
321 Main Street  Ste 202
Rochester, MI 48307

Deluxe for Business
9298 Central Ave. NE, Ste. 310
Minneapolis, MN 55434


Denise Hammond, Treasurer
Charter Township of West Bloomfield
4550 Walnut Lake Rd.
West Bloomfield, MI 48323


Detroit Edison
1970 Orchard Lake Rd.
Pontiac, MI 48320


Detroit Edison Consumers Affairs
PO Box 611023
Port Huron, MI 48061-1023


Deuce Construction
PO Box 758
New Baltimore, MI 48047-4250


Diaz Masonry Inc.
163 West Rundell
Pontiac, MI 48342


DILLMAN & UPTON
607 WOODWARD
ROCHESTER, MI 48307


Distinctive Design
4495 Forest
PO Box 761
Leonard, MI 48367


DIXIE CUT STONE & MARBLE
40230 GRAND RIVER AVENUE
NOVI, MI 48375-2116


Dominick Tringali Associates
2555 S. Telegraph Rd.
Bloomfield Hills, MI 48302


Don Jidas
5043 W. Princeton
Clarkston, MI 48348

DON VAN HOUTEE


DOORS OF PONTIAC
7611 HIGHLAND RD.
WATERFORD, MI 48327


Dr. Veslav Stecevic
24257 Elmhurst Ave
Farmington, MI 48336


DTE Energy
Gary Payton
37849 Interchange Drive
Farmington Hills, MI 48335


DTE Energy
One Energy Plaza
Detroit, MI 48226


Dubois Trucking
John Dubois
329 Baywood
Leonard, MI 48367


Dynamic Debris Removal
575 Lakeville Road
Oxford, MI 48371


Dynamite Landscaping
5460 Gatewood
Sterling Heights, MI 48310


EAST SIDE GLASS BLOCK, INC.
3863 E. TEN MILE RD.
WARREN, MI 48091


Elite Painting, Inc.
118 Addison Meadows Ct.
Leonard, MI 48367


Engineering & Testing Services
PO Box 5569
Indianapolis, IN 46255-5569

Environmental Management LLC
Jim Huffman
58560 Grand River
New Hudson, MI 48165


Erosion Control Management
22455 McPhall Rd.
Armada, MI 48005


ETNA SUPPLY COMPANY
529 32ND STREET
GRAND RAPIDS, MI 49508


European Cabinets
30665 Groesbeck
Roseville, MI 48066


Evans & Luptak, PLC
31731 Northwestern Hwy., Ste, 154W
Farmington, MI 48334


Everlast Asphalt Corp.
6288 Porteridge
Canton, MI 48187


EW Kitchen Distributors
29750 Anthony Drive
Wixom, MI 48393


Ewers Septic Service
1671 E. Rose Center Rd
Holly, MI 48442


Excellent Window Cleaning
Jonathon Hood
1884 Star Batt Drive
Rochester Hills, MI 48309


Exterior Image Systems
Mark Cleeves
4250 Rural
Waterford, MI 48329

Extreme Granite & Marble Inc.
1409 Allen Drive, Ste C
Troy, MI 48083

Farr's Cleaning Specialties
35526 Grand River  Ste. 191
Farmington Hills, MI 48335

FedEx
P.O. Box 371461
Pittsburgh, PA 15270-7461

FENDT

Fenn & Asssociates
13399 West Star Dr.
Shelby Twp., MI 48315

Fiberglass Siding & Gutters
47220 Cartier Drive
Wixom, MI 48393

Final Touch Cleaning
16200 Lancaster Way
Holly, MI 48442

Finish Carpentry by Steve Davis
Steve Davis
5415 Ormond Rd.
White Lake, MI 48383

FINISHED CARPENTRY PRODUCTS
30643 SCHOOLCRAFT
LIVONIA, MI 48150

Fireplace & Spa
32700 Capital Street
Livonia, MI 48150

First American Title Insurance
PO Box 1289
Troy, MI 48098

Flora Gasso
29411 Gramercy Ct.
Farmington, MI 48336


FOWLERVILLE SIGNS
3003 GANNON ROAD
HOWELL, MI 48843


Fred Dunn
2880 Avalon
Rochester Hills, MI 48309


Full Bore Directional Boring
8389 Dwyer
Howell, MI 48843


G & M Gutter Co., Inc.
1751 Harmon Road
Auburn Hills, MI 48326


Gabbard Company Inc.
1810 Prestwick Ct.
Oxford, MI 48371


Galaxy Custom Construction
395 Indianwood Rd.
Lake Orion, MI 48362


Gale/Proside
47167 Cartier Ct.
Wixom, MI 48393


Gallo Construction
228 Orchard Lake Rd.
Pontiac, MI 48341


GARCIA'S PAINTING


Garry M. Greenberg, Esq.
28411 Northwestern Hwy., Ste. 930
Southfield, MI 48034

Gators Painting
Jeffery Kachman
7321 Dyke Rd.
Algonac, MI 48001


GE Appliances
Brad Schaeffer
307 N. Hurstbourne Pkwy.
Louisville, KY 40222


General Consulting Services
Tom Lieber
3241 Christopher #216
Keego Harbor, MI 48320


GENERAL ELECTRIC


Gensen's Plumbing Inc.
7864 Genson Drive
Northville, MI 48168


Geoff's Brick Pavers
Geoff Kassarjian
1425 Lake Nepessing Rd.
Lapeer, MI 48446


Gethsemane
206 Walnut Boulevard
Rochester, MI 48307


GF Woodworks
Matt Gilford
1250 Beth Lane
Ortonville, MI 48462


Gilford Inc.
Mark Gilford
8483 Andersonville Rd.
Clarkston, MI 48346


GILFORD TRIM LUMBER
8483 ANDERSONVILLE ROAD
CLARKSTON, MI 48346

Glass Works
23921 Freeway Park Dr.
Farmington Hills, MI 48331


GOLDEN WAY CORP.


Golden Windows & Mirrors
6990 Murthum Ave
Warren, MI 48092


GOLICH BUILDING SUPPLY
7106 KENSINGTON ROAD
BRIGHTON, MI 48116-8521


Golich Glass Inc.
7106 Kensington Rd.
Brighton, MI 48116-8521


Granite & Marble Depot, Inc.
50731 Wing Drive
Shelby Twp., MI 48315


Granite Blanc Construction
PO Box 90146
Burton, MI 48509


Granito Inc.
21015 John R
Hazel Park, MI 48030


GREEN ACRES TURF FARM


Griffin Marble Restoration
34841 Mound Road
Sterling Heights, MI 48310-5723


GROESBECK LUMBER & SUPPLY, INC.
23155 GROESBECK HIGHWAY
WARREN, MI 48089

GT Building Inc.
George Tanner
52561 Belle Crest
Shelby Twp., MI 48316


Guardian Protection
174 Thorn Hill Road
Warrendale, PA 15086


Gudme Construction Inc.
305 Fitz Road
Wales, MI 48027


Gutter Doctor
130 Dekelb St.
Walled Lake, MI 48390


Gypsum Supply Central
2575 Alamo Dr.
Lansing, MI 48911


Hadley Custom Stair
5782 Silverbirch
Ortonville, MI 48462


Hardwood Door & Bevel Inc.
2333 Commercial Drive
Auburn Hills, MI 48326


HAWTHORNE APPLIANCES
1815 S. WOODWARD
BIRMINGHAM, MI 48009


HEARTLAND STAIRWAYS, INC.
7964 TR. 565
HOLMESVILLE, OH 44633


HENDERSON GLASS
5731 W. MAPLE
WEST BLOOMFIELD, MI 48322


Hesano Brothers
2675 Elliott Ave.
Troy, MI 48083

HODGES SUPPLY CO.
1730 EAST HIGHWOOD
PONTIAC, MI 48340


Home & Door Products Inc.
Paul Gustafson
1716 Coolidge Hwy.
Berkley, MI 48072


HOME, DOOR & WINDOW


House of Iron
15475 Dale
Detroit, MI 48223


Hunter's Irrigation
6625 Maple Dr.
Clarkston, MI 48346


Imaging Colors LLC
367 Old Perch
Rochester Hills, MI 48309


Incas Construction
1535 Sixth Street  Ste. 1
Detroit, MI 48226


Independent Carpet One
1400 N. Wayne Rd.
Westland, MI 48185


Inline Mechanical Inc.
John & Gail Train
3798 Loch Bend Drive
Commerce Twp., MI 48382


Interiors by Dieter
47748 Beacon Square Drive
Macomb, MI 48044


Intricate Construction
David Morisette
51522 Salvatori
New Baltimore, MI 48047

Iron Capital of America Co.
21550 Groesbeck Hwy.
Warren, MI 48089


Ironman Steel & Welding
8649 Grace
Shelby Twp., MI 48317


J & J Plumbing LLC
1704 Kent Road
Ortonville, MI 48462


J & M Construction Corp.
PO Box 175
New Hudson, MI 48165-0175


J & R HOLDINGS, INC.
51756 VAN DYKE - STE. #318
SHELBY TWP., MI 48316


J & S Excavating
3251 Troy St.
Troy, MI 48083


J & S Trucking & Clean Up
Jason Wooster
3657 Fish Lake Rd.
Lapeer, MI 48446


J&T Distributors
23920 Graham
Redford, MI 48239


J.L.J. Limited of Oakland County
PO Box 97
Walled Lake, MI 48390


J.R. Allen Inc.
Jim Allen
4665 Cusenza
Otter Lake, MI 48464


J.T. Crawford Inc.
22142 W. Nine Mile Rd.
Southfield, MI 48034

J.W. Field Companies
PO Box 99
Highland, MI 48357


J.W. Field Grading & Excavating LLC
2273 Fyke Dr.
Milford, MI 48380


James N. Little Company
9167 Wintercove
Commerce Twp., MI 48382


James W. Fraser, Esq.
Faupel, Fraser & Fessler
2452 E. Stadium Blvd. #301
Ann Arbor, MI 48104


Jay and Pankaj Shah
5810 Farmington Rd.
West Bloomfield, MI 48322


Jeff and Chanel Yono
6153 Heritage
West Bloomfield, MI 48322


JENSEN BUILDING PRODUCTS, INC.
4278 HAGGERTY RD
WALLED LAKE, MI 48390


Jihan and Mawloud Pattah
4751 Walnut Creek
West Bloomfield, MI 48322


Jim and Michelle Tran
5127 Carinas Way Ct.
Commerce Township, MI 48382


Jim Barber
188 E. Rundell
Pontiac, MI 48342


Jim Reis
141 N. Coats Rd.
Oxford, MI 48371

JLS Construction LLC
47718 Crichton Lane
Shelby Twp., MI 48317


John C. Wallace Cement
PO Box 1821156
Shelby Twp., MI 48318-2156


John Denha
1116 W. Huron
Waterford, MI 48328


JOHN R. FUEL AND SUPPLY


Jon Bissett
34600 Freedom Rd.
Farmington Hills, MI 48335


JP Electrical Services
6950 Carrington Circle
West Bloomfield, MI 48322


Julie Ramirez Masonry
1149 Meadowlawn
Pontiac, MI 48340


Julion Construction
1414 Murray Drive
Waterford, MI 48329


Julius and Arleathier Dixon
9585 W. Outer Drive
Detroit, MI 48223


Just for You Cleaning Service
45717 Kensington
Utica, MI 48317


K & M Glass & Mirror Co.
15885 Waverly Drive
Southgate, MI 48195

```
K & R Contracting
Kevin Davie
27206 Blum
Roseville, MI 48066


K.F. Hauling
6379 Elizabeth Lake Rd.
Waterford, MI 48327


Kaltz Excavating Company
2420 Auburn Rd.
Auburn Hills, MI 48326


Keith Strange
3285 Mapledale
Commerce Twp., MI 48382


Ken and Suzanne Kuhn
5107 Parkgate Dr.
Commerce Township, MI 48382


Kenneth B. Vance, Esq.
Kenneth VAance & Associates, PC
405 Hickory St.
Milford, MI 48381


Kenneth J. Fiott, Esq.
26710 Irving
Franklin, MI 48025


Kieft Engineering
5852 S. Main Street
Clarkston, MI 48346


Kitchen Suppliers, Inc.
PO Box 64000
Detroit, MI 48264-1312


Kramer/Triad Management Co.
320 E. Big Beaver, Ste. 190
Troy, MI 48083
```

Kyle Builders
Kyle Humphrey
54732 Shelby Rd. Ste. 309
Shelby Twp., MI 48316


L. Rogers Assocaites
1820 W. Maple
Walled Lake, MI 48390


LAFATA CABINETS
50905 HAYES
UTICA, MI 48315


LAKE ORION LUMBER COMPANY


Lee Shyu
7146 Kennowy
West Bloomfield, MI 48322


LEE WHOLESALE SUPPLY
55801 GRAND RIVER AVE.
P.O. BOX 299
NEW HUDSON, MI 48165


LGL Construction Co., Inc.
47866 Van Dyke  Ste. 420
Shelby Twp., MI 48317


LIFESTYLES TILE


LINCOLN BRICK - DEARBORN
P.O. BOX 7559
1222 BURTON SE
GRAND RAPIDS, MI 49510


Lonnie Ford
30027 Kimberly Ct.
Farmington, MI 48331


Lopez Engineering
616 Broadway
PO Box 455
Davisburg, MI 48350

Lowe Masonry
James Lowe
280 N. Lake Angelus
Auburn Hills, MI 48326


LRA Stoneworks
4600 Clawson Tank Dr.
Clarkston, MI 48346


Lubin/Triangali Associates
2555 S. Telegraph  Ste. 425
Bloomfield Hills, MI 48302


M & B Contracting
3710 Elizabeth Lake Rd.
Waterford, MI 48328


M.C. GUTHERIE LUMBER
12152 MERRIMAN
LIVONIA, MI 48150


Magic Touch
Don Craig
PO Box 645
Almont, MI 48003


Maier Construction
Rolf Maier


MAJ's Service Inc.
9864 E. Grand River #110-179
Brighton, MI 48166


Manisha and Sandeep Garg
30241 Kingsway Dr.
Farmington, MI 48331


Manzella Construction
14938 Technology
Shelby Twp., MI 48315


Marblelife-Groutmasters
31780 Eight Mile Rd
Farmington, MI 48336

Marie's Cornice & Drapery
PO Box 35827
Detroit, MI 48235-0827


Marlon Rambus
21640 Sussex Street
Oak Park, MI 48237


Martini & Associates, Inc.
920 E. Long Lake Rd., Ste. 200B
Troy, MI 48085


Marty A. Burnstein, Esq.
30100 Telegraph Rd., Ste. 428
Franklin, MI 48025


Marv's Live Trap
1065 Collier Rd.
Auburn Hills, MI 48326


Mary Ann Smith
41300  14 Mile Rd.
Walled Lake, MI 48390


Maryam Hosseinian
30475 Sunderland
Farmington, MI 48331


MARYGROVE AWNINGS
12700 MERRIMAN
LIVONIA, MI 48150


MAS Information Technologies, Inc.
23132 Lake Ravines Drive
Southfield, MI 48034


Mazin Katulla
33043 Monticello Dr.
Sterling Heights, MI 48312


MB Mechanical Services Inc
Michael Blanzy
2479 Mayfair
White Lake, MI 48383

MCB Building Co.
1635 Hacker
Howell, MI 48843


McCave Home Improvements
45580 Dequindre Rd.
Utica, MI 48317


McDowell & Associates
21355 Hatcher Ave.
Ferndale, MI 48220


MCS Associates, Inc.
44444 Mound Rd.
Sterling Heights, MI 48314


MDG Enterprises, Inc.
Michael Grover
5970 Rattle Run
St. Clair, MI 48079


Media One


MERCURY PAINT COMPANY
14300 SCHAEFER
DETROIT, MI 48227


MESSINA TRUCKING, INC.
6386 AUBURN ROAD
UTICA, MI 48317


Metro Sweep
4557 Highland Rd.
Waterford, MI 48328


METRO TRANSPORT, INC.
30069 WIXOM ROAD
WIXOM, MI 48393-3439


MGA Roofing LLC
6505 Auburn Rd.  Ste. B
Utica, MI 48317

MGE Carpentry
Mike Esper
8234 Cooley Lake Rd.
Commerce Twp., MI 48382


Michigan Asphalt Paving
PO Box 212
Birmingham, MI 48012


MICHIGAN LIMESTONE
5595 AUBURN ROAD
SHELBY TOWNSHIP, MI 48317


Michigan Manufactured Foundations
3201 W. Thompson Rd.
Fenton, MI 48430


Michigan Silt Fence
3155 Benstein
Walled Lake, MI 48390


Mid Michigan Frame Carpentry
5155 Woodlane
Clarkston, MI 48348


MIDWEST CABINET & COUNTER
650 E. MANDOLINE AVE.
MADISON HEIGHTS, MI 48071


MIDWEST DOOR & WINDOW
35539 SCHOOLCRAFT ROAD
LIVONIA, MI 48150


Mike Gensen Plumbing Co.
Mike Gensen
182 E. Livingston Rd.
Highland, MI 48357


Mike Slocum


Millena Builders/Millennium
Mark Deveraux
4068 W. Maple Rd.
Bloomfield Hills, MI 48301

Miller Poured Walls
22180 W. Eight Mile Rd.
Southfield, MI 48034

MJB Builders
1881 Nicholson Rd.
Fowlerville, MI 48836

MJB Roofing
750 Lakes Edge Drive
Oxford, MI 48370

Modernistic Cleaning Service
1460 Rankin St
Troy, MI 48083

MOLLS, INC.
1509 TELEGRAPH
BLOOMFIELD HILLS, MI 48302

Motor City Stone
1685 Boulan
Troy, MI 48084

MOTOR CITY STONE, INC.

MTEC
4485 Highland Rd.
Waterford, MI 48328-1223

MTS TRIM SUPPLY
28381 BECK RD
UNIT K-2
WIXOM, MI 48393

Mulligans Landscape & Garden
8215 Elizabeth Lake Rd.
White Lake, MI 48386

Multi Drywall & Partition LLC
36945 Schoolcraft Rd.
Livonia, MI 48150

Multi-Lakes Enterprises, Inc.
PO Box 97
Walled Lake, MI 48390


MURRAY LIGHTING
10227 WEST 8 MILE
DETROIT, MI 48221-0219


N.M.C. Construction Co.
8785 24 Mile Rd.
Shelby Twp., MI 48316


Nagle Stone Installing Inc.
24255 Midland
Redford, MI 48239


NAGY READY MIX, INC.
48000 HIXSON
UTICA, MI 48317-2731


Nathan and Laura Kunzman
7969 Farrant St.
Commerce Township, MI 48382


National Landscaping Inc.
2239 Fyke Drive
Milford, MI 48381


New Chance Construction
2434 Bratton Ave.
Bloomfield Hills, MI 48302


Next Step
360 South Street, Ste. 200
Rochester, MI 48307


Nichols Disposal Service
Emory Nichols
1114 Williamson Circle
Pontiac, MI 48340


Nick and Abeer Gasso
4822 Bantry Dr.
West Bloomfield, MI 48322

NINO SALVAGGIO


Nitali Gandhi
2068 Deveere Dr.
Sterling Heights, MI 48310


NORANDEX
38160 AMRHEIN ROAD
LIVONIA, MI 48150


NORTH OAKS CUT STONE
4600 CLAWSON TANK DRIVE
CLARKSTON, MI 48346


North Point
Jen Haran
3160 Haggerty Road  Ste Q
West Bloomfield, MI 48323


North Woods
Cliff Dovitz
1133 West Long Lake Rd.
Bloomfield Hills, MI 48304


Northern Lights Custom Fabricators
8208 Goldie St.
Commerce Twp., MI 48390


Northstar Drywall Inc.
38291 Schoolcraft Rd. Ste. 101
Livonia, MI 48150


Nova Moda Countertops
14240 Industrial Center Dr
Shelby Twp., MI 48315


NU-WAY


O'Brien Plumbing
5881 Dixie Hwy. Ste G152
Clarkston, MI 48346-3300

O. L. BOLYARD LUMBER CO.
3770 ROCHESTER RD.
ROCHESTER, MI 48308-0519


Oakland County


Oakland County Treasurer
1200 N. Telegraph Rd.
Pontiac, MI 48341-0413


Office Max
HSBC
P.O. Box 4160
Carol Stream, IL 60197


Omar and Donna Qahwash
885 Patricia Place Dr.
Westland, MI 48185


OOPS FURNITURE


Otto Binggeser
1501 Badgley
Vanderbilt, MI 49795


Overhead Door
Dan Belanger
4680 Hatchery Road
Waterford, MI 48329


OXBOWINDO
10195 HIGHLAND ROAD
WHITE LAKE, MI 48386


Panoramic Landscaping
40575 Grand River
Novi, MI 48375


Parke Ceilings
Patrick Parke
27208 Southfield Rd.
Lathrup Village, MI 48076

Pattah Mawloud
c/o Sabrina Shaheen Cronin, Esq.
P.O. Box 1779
Birmingham, MI 48012


PEG Construction
2437 Munster Rd.
Rochester Hills, MI 48309


PELLA WINDOW AND DOOR COMPANY
2000 HAGGERTY ROAD
WEST BLOOMFIELD, MI 48322


Perfect Stone, Inc.
38151 Brook Drive
Sterling Heights, MI 48312


Phil and Jan Gong
5470 Fox Rdige
West Bloomfield, MI 48322


Philip R. Seaver Title Company
2700 North Woodward
Bloomfield Hills, MI 48304


PINE TREE OF ORION
1405 S. LAPEER
LAKE ORION, MI 48360


Pleasant Ridge Carpentry Inc.
6676 Northview
Clarkston, MI 48346


Premier Business Products
1744 Maplelawn
Troy, MI 48084


Pro Fuzz Insulation
2850 Alliance   Unit F
Waterford, MI 48328


Pro Technologies Inc.
Dick Stahl
6632 Telegraph Rd.
Bloomfield Hills, MI 48301

Pro-Craft Induatries, LLC
28265 Beck Rd.  Unit C4
Wixom, MI 48393


Pro-Side Inc.
212 Orchard Lake Rd
Pontiac, MI 48341


Proform Painting Inc.
Mark Cashman
21811 Blackburn
St. Clair Shores, MI 48080


Pronto Construction Co.
Lenoard Pasquali
2256 Queensbury Lane
Shelby Twp., MI 48316


PROSOURCE WHOLESALE FLOORINGS
48168 WEST ROAD
WIXOM, MI 48393


PULLUM WINDOW CORP.
12950 LYNDON AVE.
DETROIT, MI 48227


Quinn Plumbing & Mechanical
Pat Quinn
2920 Pallister
Highland, MI 48357


R & F Plumbing & Heating Inc.
14348 Rick Drive
Shelby Twp., MI 48315


R & J  Enterprises
46861 Salyz
Canton, MI 48187


R & R Fiberglass Repair
16200 Silvercrest Dr.
Fenton, MI 48430

R & S Framing
2262 Hampton
White Lake, MI 48386


Rail Master Inc.
33079 Garfield Rd., Ste 118
Fraser, MI 48026


Rain Storm Maintenance
P.O. Box 300853
Waterford, MI


Randazzo Construction Disposal
885 W. Long Lake
Troy, MI 48098


Randazzo Mechanical Heating & Cooling
11800 Investment Dr.
Shelby Twp., MI 48315-1794


Randzaao Construction Disposal
42380 Lynda
Clinton Twp., MI 48038


RE Poolwell Drill
1744 Middle Rd.
Highland, MI 48357


REAL ESTATE ONE, INC.
38705 SEVEN MILE ROAD
SUITE 150
LIVONIA, MI 48152


Reasonable Roofing
1725 Michigan Road
Port Huron, MI 48060


Reichert Surveying Inc.
140 Flumerfelt
Rochester, MI 48306


Reimer Floors
Dennis Reimer
1865 S. Telegraph Rd.
Bloomfield Hills, MI 48302-0163

Reis Construction
Jim Reis
1685 Oldtown
West Bloomfield, MI 48324


Reprographics One
36060 Industrial Rd.
Livonia, MI 48150


RICH SIGN, INC.
124 N. PERRY
PONTIAC, MI 48342


Richard M. Taubman, Esq.
Taubman, Nardis & Neuman, PC
32255 Northwestern Hwy., Ste. 200
Farmington, MI 48334


Richard M. Taubman, Esq.
Taubman, Nadis & Neuman, PC
32255 Northwestern Hwy., Ste. 200
Farmington, MI 48334


RJ Woodworking
Ryan Jones


RM Technologies
PO Box 808
Milford, MI 48381


ROC-IT Drywall Inc.
9336 Elizabeth Lake Rd.
White Lake, MI 48386


Rock Solid Tops
48467 American Elm
Macomb, MI 48044


Roman Marble & Granite
27200 Gloede Drive
Warren, MI 48093

Ronald P. Strote, Esq.
Beth I. deBaptiste, Esq.
100 W. Long Lake Rd., Ste. 200
Bloomfield Hills, MI 48303-1134


Rossi Contracting Inc.
155 Diponio Rossi Dr.
Milford, MI 48381


Royal Granite
3231 10 Mile Rd.
Warren, MI 48091


RR&J Enterprises
c/o Marty A. Burnstein, Esq.
30100 Telegraph Rd., Ste. 428
Franklin, MI 48025


RUSSELL HARDWARE
36280 WOODWARD
BLOOMFIELD HILLS, MI 48304


Ryan Cabinetry Inc.
30 N. Main Street
Clawson, MI 48017


S & C Lawn Service
Steven Lucci
49038 Dunhill
Macomb Twp., MI 48044


S & J Asphalt Paving Co.
39571 Michigan Ave.
Canton, MI 48188


S & R Electric LLC
Scott/Chuck Rowland
2677 Royal
Berkley, MI 48072


Sadecki & Associates, PLLC
Mark Sadecki, Esq.
P.O. Box 310
Davisburg, MI 48350

SAFETY MAKER
P.O. BOX 842014
HOUSTON, TX 77284-2014


SAGINAW STONE DOCK
4700 CROW ISLAND
SAGINAW, MI 48601


Sam and Bridgette Gumma
5461 Brookhaven Ct.
Waterford, MI 48327


Sand Creek Landscape
2105 Elkridge Circle
Highland, MI 48356


SC Construction
64131 Lowe Plank
Lenox, MI 48050


SCHRAMM FARMS
75 REMITTANCE DRIVE
SUITE 1674
CHICAGO, IL 60675-1674


SEARS COMMERCIAL ONE


Sendek Painting Inc.
Robert Sendek
8444 Gerhardt
Utica, MI 48317


Serravalle Construction
3256 University Dr. Ste. 12
Auburn Hills, MI 48326


Sewell & Sons LLC
John Sewell
1136 Waterbury
Highland, MI 48356


Shades of Green
496 East Avon Road
Rochester Hills, MI 48307

Shaheen Tile & Marble
Michael Shaheen
20334 Shady Lane
St. Clair Shores, MI 48080


SHECTER LANDSCAPING, INC.
2224 BEECHMONT
KEEGO HARBOR, MI 48320


Shekinah Temple
3535 Clintonville Rd.
Waterford, MI 48329


Sheppard Engineering Inc.
966 Livernois
Troy, MI 48083-2709


SHERWIN WILLIAMS
2362 FRANKLIN RD.
BLOOMFIELD HILLS, MI 48302


SIDING WORLD


Signal Building Company
2490 Industrial Row
Troy, MI 48084-7005


Signs & More
1371 Souter Blvd.
Troy, MI 48083


Sinfel Plumbing Co.
361-D South Street
Rochester, MI 48307


Sitescape, Inc.
6665 Auburn Road
Utica, MI 48317


SLS Meter Service Inc.
3059 Dixie Hwy.
Waterford, MI 48328

SMEDE-SON STEEL & SUPPLY, INC.
12584 INKSTER RD.
DETROIT, MI 48239

Smith & Byrne Cleaning Service
Theresa Byrne/Deanna Smith
45 Dennison
Oxford, MI 48371

Snapp Construction Inc
2262 Hampton
White Lake, MI 48386

Soil & Materials Engineers Inc.
43980 Plymouth Oaks Blvd.
Plymouth, MI 48170

Spartan D & L Management Inc.
44866 Heydenreich Rd
Clinton Twp., MI 48038

Spears Trucking
822 N. Walnut
Lansing, MI 48906

SPECIALISTS SHOWROOM
2800 WEST 11 MILE ROAD
BERKLEY, MI 48072-3039

Specialties
2800 W. 11 Mile Rd.
Berkley, MI 48072

Spurlocks Interlocking Brick
114 S. Castell
Rochester Hills, MI 48307

Stadler Plumbing & Heating Inc.
50508 Central Industrial Drive
Shelby Twp., MI 48315

Staples
P.O. Box 689020
Des Moines, IA 50368-9020

Star Glass Company Inc
1077 Dix
PO Box 1035
Lincoln Park, MI 48146


Steffan Builders
468 Morning Side
Waterford, MI 48327


Stephanie Finish Inc.
9039 Davisburg Rd.
Clarkston, MI 48348


Sterling Construction
39434 Chart
Harrison Twp., MI 408035


Steve & Elmer's
PO Box 82504
Rochester, MI 48308


Steven Stilianos
30880 Pear Ridge
Farmington, MI 48334


STOCK BUILDING SUPPLY
13578 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0315


STONE CRAZY


STONESCAPE DESIGNS
4877 MENOMINEE LAKE
CLARKSTON, MI 48348


Stoney Creek Ridge Homeowners Assoc.
P.O. Box 81575
Rochester, MI 48308-1575


Sujal Shah
2068 Deveere Dr.
Sterling Heights, MI 48310

Sundown Security LLC
Steve Begley
8179 Parkside Drive
Westland, MI 48185


SUPERIOR BUILDERS SERVICE CO.
14290 MEYERS ROAD
DETROIT, MI 48227


Superior Cleaning
49 Dennison
Oxford, MI 48371


Superior Designs
807 W. Predmore Rd.
Oakland Twp., MI 48363


Superior Kitchens Inc
John M. Maher
111 South Telegraph Rd.
Pontiac, MI 48341


SUPERIOR REDI-MIX, INC.
P.O. BOX 4290
AUBURN HILLS, MI 48321-4290


Superior Shower Door


Supreme Electric Co.
24514 Creekside
Farmington Hills, MI 48336


T & M Asphalt
4755 Old Plank Rd.
Milford, MI 48381-9908


T.W. Hallet
Tom Hallet
1290 Tamarack Lane
Oakland Twp., MI 48363


Tamburelli Cement Company Inc.
18634 Negaunee
Redford, MI 48240-2025

```
TANDELLE TRUSS
1917 MALLARD ROAD
LONDON, ONTARIO  N6H 5M1
CANADA


TARNOW DOORS, INC.


Taweel Associates, PC
17321 Telegraph Rd.  Ste 307
Detroit, MI 48219


Terry Zankas


Thane and Heather Namy
527 Bolinger
Rochester, MI 48307


The Landscape Group
2739 E. Maple Rd.
Milford, MI 48381


THE MAILBOX WORKSHOP
25623 ORCHARD LAKE RD.
FARMINGTON HILLS, MI 48336


THE STONE SHOP, INC.
10 EAST AUBURN ROAD
ROCHESTER HILLS, MI 48307


THE TILE SHOP
30725 GRAND RIVER AVE.
FARMINGTON HILLS, MI 48335


Thelen Landscape Inc.
22699 Deerfield
Novi, MI 48375


THEUT PRODUCTS, INC.
73408 VAN DYKE
ROMEO, MI 48065-3214
```

TILE & STONE WORKS
12876 TWENTY-TWO MILE ROAD
SHELBY TWP., MI 48315


Tim McDonald Home Maintenance
Tim McDonald
41911 Clayton
Clinton Twp., MI 48038


TIMBERLANE LUMBER CO.
42780 W. 10 MILE ROAD
NOVI, MI 48375-3203


Titanus Cement Wall Co., Inc.
Phil Vincenti
41115 Jo Drive  #100
Novi, MI 48375


TODAY'S FIREPLACE
32700 CAPITOL
LIVONIA, MI 48150


Tom Maskey Plumbing
Tom Maskey
PO Box 114
New Baltimore, MI 48047


Tom McInerney
3016 Palm Aire
Rochester Hills, MI 48309


Top Quality Bathtub Ref
11295 Denne
Livonia, MI 48150


Traction Control Systems Inc.
888 Raupp Place
Lincoln Park, MI 48146


TRACTOR SUPPLY
P.O. BOX 9020
DES MOINES, IA 50388-9020

TREVARROW, INC.
1295 NORTH OPDYKE
AUBURN HILLS, MI 48326


Tri-County Power Rodding
5820 Dwight Ave.
Waterford, MI 48327


Trost Irrigation
PO Box 210280
Auburn Hills, MI 48321-0280


TSI Fabricators
2000 N. Saginaw Street
Flint, MI 48505


Two Maids And A Mop
Tammy McInerney
1775 Daley Road
Lapeer, MI 48446


U.S. FILTER


Ultra Floors Inc.
40210 Hayes Rd.
Clinton Twp., MI 48038


Underground Lines
6722  19 1/2 Mile Rd.
Sterling Heights, MI 48314


Union Excavating Company Inc.
67220 Van Dyke Rd.
Washington, MI 48095


Unique Landscape Solutions
2105 Elkridge Circle
Highland, MI 48356


UTICA TRANSIT
42380 YEAREGO DRIVE
STERLING HEIGHTS, MI 48314

VAN BUREN STEEL


Vernon and Suhair George
3083 Palmar
MI 48337


Veslav Stecevic
34518 Quaker Valley Rd.
Farmington, MI 48334


Viking Drywall Inc.
28317 Beck Rd.   Unit E-1
Wixom, MI 48393


Vitex Advanced Home Wiring
4350 Pineview Dr.
Walled Lake, MI 48390


W.T. Flooring
38151 Brook Drive
Sterling Heights, MI 48312


Wall Dry Waterproof
Paul Bognar
14139 Huff
Warren, MI 48093


Wallace Cement Company
2230 East Nine Mile
Warren, MI 48091


Wallace Cement Company
PO Box 182248
Shelby Twp., MI 48318


Walsh Carpentry Inc.
3299 Stone Road
Snover, MI 48472


WATER MASTER, INC.
12299 WOODBINE
REDFORD, MI 48239-2481

Weathershield Inc.
228 Orchard Lake Rd.
Pontiac, MI 48341-2139

WEATHERVANE WINDOWS, INC.
P.O. BOX 75000
DETROIT, MI 48275-3205

Weld Tech
R. Gomez
PO Box 295
New Hudson, MI 48165

West Coast Marble
13335 Fifteen Mile Rd.
Sterling Heights, MI 48312

WEST FRIENDSHIP MATERIALS, INC.
14395 SCHAEFER HIGHWAY
DETROIT, MI 48227

Westlake Development Inc.
4605 22 Mile Rd.
Utica, MI 48317

Whiteman Construction Co.
8294 Elizabeth Lake Rd.
White Lake, MI 48386

WHOLESALE BUILDER SUPPLY, INC.
51740 GRAND RIVER AVE.
WIXOM, MI 48393

Wilcox Bros. Lawn Sprinklers
85 Minnesota
Troy, MI 48083

William T. Gutherie
4241 Blain Island Rd.
Waterford, MI 48329

Williams Distributing
658 Richmond NW
PO Box 2585
Grand Rapids, MI 49501-2585

WILLIAMS DISTRIBUTION
658 RICHMOND NW
P.O. BOX 25885
GRAND RAPIDS, MI 49501-2585


Williams Panel Brick Inc.
12900 Richfield Ct.
Livonia, MI 48150


Williams Water-Tite
PO Box 175
Delta, OH 43515


Wisam and Nahla Abou
27494 Hystone Dr.
Farmington, MI 48334


Wood Floors by Jesse
6523 N. Doyon
Waterford, MI 48327


Woodline Building Co.
9690 Gibbs Rd.
Clarkston, MI 48348


Woodward North Laminates, Inc.
13101 Eckles Road
Plymouth, MI 48170


Zack Ostroff
2640 Water Oaks Dr.
West Bloomfield, MI 48324


Zeke and Nadwa Jarbo
29814 Newberry Ct.
Farmington, MI 48331


Zeno Sheet
55459 Monroe
Shelby Twp., MI 48316


Zimm's Vacuflo Built in Vacuum
21542 Beauford Court
Northfield, MI 48167